413 A.2d 1113

Commonwealth v. Panebaker, Appellant.

590

Argued March 12, 1979. Victor Dell'Alba, for appellant; Richard H. Horn, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed.